

NORTH CAROLINA WESTERN
MEMORANDUM



Date: January 5, 2018
To: The Honorable Robert J. Conrad, Jr.
U.S. District Judge

From: Richard Bogan, U.S. Probation Officer
Subject: Lowery, Andrew – Dkt. No: 3:13CR00040
**Request for International Travel**

---

Your Honor,

The above-named defendant appeared before you in on 11/25/2014 and was sentenced to a forty-six (46) months imprisonment and three (3) years supervised release following convictions for Conspiracy to Possess with Intent to Distribute Marijuana and False Fictitious and Fraudulent Statements or Representations. The defendant was released from the custody of the Bureau of Prisons on 6/24/2016 and commenced supervised release on that date.

Since his release, the defendant submitted a trace elements test for cocaine on 6/22/2017. Upon confrontation with this result on 6/26/2017, the defendant admitted last using cocaine on 6/24/2017 and indicated that his use would cease from this point forward. Since that time, the defendant has submitted numerous urine samples each month, none of which have yielded positive or trace elements results for any illicit substance.

On 12/8/2017 and 12/11/2017, the defendant failed to report for scheduled urine testing due to being out of town for work which had been previously approved by his supervising officer. The defendant has since been tested on 12/22/2017 and 12/27/2017 where each test yielded negative results.

The defendant has requested permission to travel to the Cancun, Mexico with his fiancé, Lindsay Vroon, and his family to be married on February 6th, 2017. Due to the defendant's prior admission, this officer indicated that no request would be forwarded to the Court prior to 2018 to provide a significant track record of urine screens for review by the Probation Office.

Despite the defendant's prior positive urine sample, the defendant has been forthright with his supervising officer since his admission date and has provided updates regarding his working schedule to remain in compliance with his urine testing conditions. Based on this and his negative urine samples since his illicit use admission, the US Probation Office requests that the Court consider the defendant's request for international travel to be married.

If you need any additional information prior to your response, please advise and our office will forward the requested information to you as soon as possible.

International Travel is Approved

Signed: January 5, 2018

Robert J. Conrad, Jr.
United States District Judge